IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURTIS DANIELS, | ) | No. C 06-740 TEH (PR) |
| Plaintiff, | ) | |
| vs. | ) | **ORDER DIRECTING PLAINTIFF TO FILE COMPLETE IN FORMA PAUPERIS APPLICATION** |
| JIM HAMLET, et al, | ) | |
| Defendants. | ) | (Docket no. 3) |

On February 2, 2006, Plaintiff, a state prisoner, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983.  On that same day, the Court sent a notification to Plaintiff that he had neither paid the filing fee of $250.00 nor filed an application for leave to proceed *in forma pauperis*.  The Court's notice warned Plaintiff that the case would be dismissed if Plaintiff failed to file the complete application within thirty days.  Thereafter, on February 17, 2006, Plaintiff filed an application to proceed *in forma pauperis* (docket no. 3).  However, Plaintiff's application is insufficient because he did not submit either a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison, or a copy of his prisoner trust account statement showing transactions for the last six months.

Even if Plaintiff is granted leave to proceed *in forma pauperis*, he must still pay the full amount of the Court's filing fee, but the fee will be paid in several installments. He must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to his account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in his account for the 6-month period immediately before the complaint was filed.  The Court will use the information provided

1 on the Certificate of Funds and the trust account statement to determine the filing fee
2 immediately due and will send instructions to the prisoner and the prison trust account
3 office for payment if *in forma pauperis* status is granted.
4     Accordingly, Plaintiff is hereby granted LEAVE TO AMEND to supplement his *in*
5 *forma pauperis* application within **thirty (30) days** of the date of this order, with (1) a
6 Certificate of Funds in Prisoner's Account completed and signed by an authorized officer
7 of the institution, and (2) a trust account statement showing the amount of funds
8 deposited and held in his account over the course of the past six months signed by an
9 authorized officer of the institution. Failure to do so will result in the dismissal of this
10 action without prejudice.

12     IT IS SO ORDERED.

14 DATED: 05/31/06

15 THELTON E. HENDERSON
United States District Judge